# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:05cv279

| | |
|---|---|
| **RODNEY K. JUSTIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the court on a matter of housekeeping. It appearing that a number of pending motions concerning third parties appear despite denial of the plaintiff's petition, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that any and all claims asserted against any and all defendants other than the United States of America are dismissed based on the earlier Order of this court denying plaintiff's petition. Further, all pending motions are denied without prejudice as mooted by such earlier Order, and the Clerk is instructed to administratively close this action pending notification by the United States as required by the court's earlier Order.

Signed: February 1, 2006

Dennis L. Howell
United States Magistrate Judge