IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05cv279

| | |
|---|---|
| RODNEY K. JUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on the United States of America's Motion for Final Order of Dismissal. It appearing from the pleadings that the court lacks jurisdiction over the petition under 26, United States Code, Section 7609 and that the Right to Financial Privacy Act, 12, United States Code, Section 3410, does not apply to this particular proceeding, this action will be dismissed with prejudice.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the United States of America's Motion for Final Order of Dismissal is **ALLOWED**, and this matter is **DISMISSED** in its entirety with prejudice. A judgment reflecting such dismissal with prejudice is entered simultaneously herewith.

Signed: May 31, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge